Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHLEEN LIPMAN,

    Plaintiff,

v.

HOMESITE INSURANCE COMPANY, a foreign corporation,

    Defendant.

NO. 2:22-cv-01253-JCC

[~~PROPOSED~~] ORDER TO CONTINUE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES

NOTED FOR HEARING:
November 17, 2022

## ORDER

This matter came before this Court on the parties' Stipulated Motion for Order Continuing the deadlines for the Initial Disclosure and the Joint Status Report, which are currently set for November 25, 2022 and December 9, 2022 respectively.

The Court, finding that the requirements of LCR 16(b)(6) have been met and that good cause exists, hereby ORDERS that the current deadlines of November 25, 2022 and December 9, 2022 are stricken and these deadlines are continued until December 16, 2022 and December 30, 2022, respectively.

[~~PROPOSED~~] ORDER TO CONTINUE INITIAL DISCLOSURES
AND JOINT STATUS REPORT DEADLINES - 1
(USDC CASE #2:22-cv-01253-JCC)

7677622.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

~~It is further ordered that the Court shall issue an Amended Order Setting Initial Case Management Dates.~~

DATED this 17th day of November, 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**

**LEPLEY LAW FIRM**

*s/Patrick H. LePley*
Patrick H. LePley, WSBA # 7071
3633 136TH Place SE, Suite 120
Bellevue, WA 98006
Tel:   (425) 641-5353
Email: phl@lepleylawfirm.com
       alb@lepleylawfirm.com

*Attorneys for Plaintiff Cathleen Lipman*

**WILLIAMS, KASTNER & GIBBS PLLC**

*s/ Miles J. M. Stewart*
Eliot M. Harris, WSBA # 36590
Miles J. M. Stewart, WSBA # 46067
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com
       mstewart@williamskastner.com

*Attorneys for Defendant Homesite Insurance Company*

[~~PROPOSED~~] ORDER TO CONTINUE INITIAL DISCLOSURES
AND JOINT STATUS REPORT DEADLINES - 2
(USDC CASE #2:22-cv-01253-JCC)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7677622.1